# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DEUNDRA NEAL                                                                                      PLAINTIFF

V.                                      5:10-cv-00058-BSM-JJV

W.C. "DUB" BRASSEL
DETENTION CENTER                                                                        DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

      3.      The details of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff, who was a pretrial detainee at the W.C. "Dub" Brassell Detention Center, filed a *pro se* complaint (Doc. No. 1) against officials of the jail alleging various constitutional violations. Plaintiff's complaint was unaccompanied by an application for *in forma pauperis* status or the statutorily required $350.00 filing fee. Accordingly, the Court entered an order(Doc. No. 2) directing Plaintiff to cure this deficiency within thirty (30) days of the entry date of the order, and also cautioned Plaintiff that the failure to do so could result in dismissal of his action without prejudice.

That order was entered on March 22, 2010 and mailed to Plaintiff at the jail, which was the only address provided to the Court by Plaintiff. It has not been returned as undeliverable. Plaintiff has not responded to the order and has not submitted the filing fee or an *in forma pauperis* application.

Under these circumstances, the Court concludes that Plaintiff has failed to comply

with Local Rule 5.5(c)(2) and his complaint should be dismissed. *See also* FED. R. CIV. P. 41(b)(district court may dismiss case for failure to prosecute or comply with court orders); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962)(district court has power to dismiss *sua sponte* under Rule 41(b)); *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986)(quoting *Haley v. Kansas City Star*, 761 F.2d 489, 491 (8th Cir. 1985))(a district court has the power to dismiss an action for the plaintiff's failure to comply with *any* court order; such a dismissal may be with prejudice if there has been "'a clear record of delay or contumacious conduct by the plaintiff'")(emphasis added); *Garrison v. Int'l Paper Co.*, 714 F.2d 757, 759 (8th Cir. 1983)(it is well settled that the district court has inherent power, acting on its own initiative, to dismiss a cause of action with prejudice for want of prosecution).

    IT IS THEREFORE RECOMMENDED that:

1.    Plaintiff's complaint (Doc. No. 1) be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and any pending motions be DENIED as moot.

2.    The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

    DATED this 1st day of June, 2010.

                                                  JOE J. VOLPE
                                                  UNITED STATES MAGISTRATE JUDGE