# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DEUNDRA NEAL                                                                                    PLAINTIFF

V.                                  5:10-cv-00058-BSM-JJV

W.C. "DUB" BRASSEL
DETENTION CENTER                                                                          DEFENDANT

## ORDER

The court has received the proposed recommended disposition submitted by Magistrate Judge Joe J. Volpe. No objections have been filed. After carefully reviewing the proposed recommended disposition and reviewing the record *de novo*, it is concluded that the proposed recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and any pending motions are DENIED AS MOOT;

2. Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order and judgment adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED THIS 21st day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE