**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DEUNDRA NEAL**                                                                        **PLAINTIFF**

**V.**                       **5:10-cv-00058-BSM-JJV**

**W.C. "DUB" BRASSEL**
**DETENTION CENTER**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered on this date, it is considered, ordered, and adjudged, that this case is hereby dismissed without prejudice. Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

IT IS SO ORDERED THIS 21st day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE